[Nos. 6061-2-II; 5481-7-II;  Division Two.  January 17, 1983.]
    5578-3-II.

GARY D. BAYLOUS, *Respondent,* v. THE DEPARTMENT OF LICENSING, ET AL, *Appellants.*

STEPHEN J. EIDE, *Respondent,* v. THE DEPARTMENT OF LICENSING, ET AL, *Appellants.*

THE STATE OF WASHINGTON, *Appellant,* v. STEPHEN J. EIDE, *Respondent.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 81-2-00818-2, 80-2-00044-2, CR-685, John H. Kirkwood, J., entered December 11, March 13, and May 15, 1981. *Reversed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5342-0-II.  Division Two.  January 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. C. KEITH BIRKENFELD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-2-01224-8, Terence Hanley, J., entered January 16, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 9643-5-I.  Division One.  January 17, 1983.]

DORA A. LOPEZ, *Respondent,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-00794-7, David C. Hunter, J., entered November 7, 1980. *Reversed* by unpublished opinion per Durham, A.C.J., concurred in by Ringold and Scholfield, JJ.